No. 74–164. OHIO HOIST MANUFACTURING CO. *v.* LIROCCHI, DBA CABLE CLIMBER CO. C. A. 9th Cir. Certiorari denied.

No. 74–173. BLACKSHEAR *v.* BLACKSHEAR. Sup. Ct. Ga. Certiorari denied.

No. 74–177. PRUITT *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 74–178. NASSAU COUNTY ASSOCIATION OF INSURANCE AGENTS, INC., ET AL. *v.* AETNA LIFE & CASUALTY CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 74–179. JEFFERSON CHEMICAL CO., INC. *v.* GENERAL TIRE & RUBBER CO. C. A. 2d Cir. Certiorari denied.

No. 74–182. GOODBODY & CO. ET AL. *v.* PALOMAR FINANCIAL CORP. Sup. Ct. Cal. Certiorari denied.

No. 74–186. GLINSEY ET AL. *v.* BALTIMORE & OHIO RAILROAD CO. C. A. 6th Cir. Certiorari denied.

No. 74–5008. PLUMMER *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 74–5010. CUSHNIE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5013. LISI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74–5033. LEBRON *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.